```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10
11   MICHAEL A. LUJAN,              )    NO. CV 11-412-SVW(E)
                                    )
12                  Petitioner,     )
                                    )
13         v.                       )    JUDGMENT
                                    )
14   JAMES HARTLEY, Warden,         )
                                    )
15                  Respondent.     )
                                    )
16   _____)
17
18         Pursuant to the Order Adopting Findings, Conclusions and
19   Recommendations of United States Magistrate Judge,
20
21         IT IS ADJUDGED that the Petition is denied and dismissed
22   with prejudice.
23
             DATED: October 12, 2011
24
25
                                    _____
26                                         STEPHEN V. WILSON
                                     UNITED STATES DISTRICT JUDGE
27
28
```